G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
RONALD RUYBAL,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RUYBAL, | Case No.: 3:12-cv-02718-EDL |
| Plaintiff, | VOLUNTARY DISMISSAL |
| vs. | |
| BROWN, MEYERS & ASSOCIATES, LLC; DOES 1 to 10 inclusive, | |
| Defendants. | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff RONALD RUYBAL (hereinafter "Plaintiff"), by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case without prejudice.

RESPECTFULLY SUBMITTED,

DATED: September 5, 2012       **PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff